UNITED STATES of America,
Plaintiff–Appellee,

v.

Reshon D. WHITTAKER, a.k.a. Bookie,
Defendant–Appellant.

No. 13–12053
Non–Argument Calendar.

United States Court of Appeals,
Eleventh Circuit.

March 19, 2014.

Susan Hollis Rothstein–Youakim, Simon A. Gaugush, Robert E. O'Neill, U.S. Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Reshon D. Whittaker, FCI Coleman Low–Inmate Legal Mail, Coleman, FL, for Defendant–Appellant.

Before HULL, MARCUS and FAY, Circuit Judges.

PER CURIAM:

John Badalamenti, appointed counsel for Reshon D. Whittaker in this appeal on resentencing, has moved to withdraw from further representation of Whittaker and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals counsel's assessment of the relative merits of the appeal is correct. Because independent examination of the full record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and Whittaker's sentences are **AFFIRMED.**